UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:23-cr-00081 |
| ) | |
| ) | Judge Crenshaw |
| JOSIAH ERNESTO GARCIA ) | |

**UNITED STATES' TRIAL WITNESS LIST**

The United States of America, by and through its attorneys Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorneys, submits the following Witness List pursuant to the Court's Scheduling Order (D.E. 71). The United States expects to call the following witnesses who will provide testimony as summarized below:

1. Bob Innes, Owner/Administrator of the website www.rentahitman.com - Mr. Innes will testify about his creation and maintenance of the website in question, the communication he received from defendant through the website, his subsequent email communication with defendant, and his referral of the case to federal authorities.

2. FBI Special Agent Carla Rexing – SA Rexing will testify about her background, training, experience, and duties as a forensic examiner for the FBI's Computer Analysis Response Team ("CART"). SA Rexing will also testify regarding the extraction and processing of data received form electronic devices seized in this investigation.

3. FBI Special Agent Stephen Hunter – SA Hunter will testify about the overall investigation in this case, including his interview of defendant, as well as introduce the following evidence: the seized laptop, cellphone, and rifle; certain electronic exhibits created from the extractions of those devices; business records from T-Mobile, Facebook, and Comcast.

4. FBI Undercover Agent #4452 – UC 4452 will testify regarding his communications with defendant via text, phone, and in person. UC 4452 will introduce into evidence copies of those communications as well as the "target package."

5. Air Force National Guard Sgt. LaMontagne – Sgt LaMontagne will testify regarding defendant's firearms training received in the National Guard. Sgt LaMontagne will introduce into evidence records of defendant's firearms training scores.

6. FBI Special Agent Whitney Plummer – SA Plummer may testify in the government's case-in-chief or rebuttal concerning her participation in the interviews of defendant's mother and brother.

7. FBI Special Agent Dan Connolly – SA Connolly may testify in the government's case-in-chief or rebuttal concerning his participation in the interview of defendant, the search of defendant's room, and the interviews of defendant's mother and brother.

8. Jacob Garcia – Mr. Garcia is defendant's brother and may be called to testify in the government's case-in-chief or rebuttal regarding statements that the defendant made to him about his potential employment as a contract killer.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By:     *s/ Brooke K. Schiferle*
BROOKE K. SCHIFERLE
THOMAS J. JAWORSKI
Assistant U. S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant, via the Court's Electronic Case Filing System, on June 10, 2024.

*s/ Brooke K. Schiferle*
BROOKE K. SCHIFERLE
Assistant United States Attorney

2

Case 3:23-cr-00081   Document 104   Filed 06/10/24   Page 2 of 2 PageID #: 645