UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )    NO. 3:23-CR-00081 |
| | )    JUDGE CRENSHAW |
| JOSIAH ERNESTO GARCIA | ) |

<u>UNITED STATES' TRIAL EXHIBIT LIST</u>

      The United States of America, by and through its attorneys Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorneys, submits the following Exhibit List pursuant to the Court's Scheduling Order (D.E. 71).

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 1. | Rent-a-Hitman Website – Screenshot of main page | Bob Innes | | |
| 2. | February 16, 2023, Online Employment Inquiry to www.rentahitman.com | Bob Innes | | |
| 3. | February 18, 2023, Website's Response to Inquiry | Bob Innes | | |
| 4. | February 19, 2023, Reply to Website with Defendant's Resume, Photo of Himself, and Photo of TN Driver's License | Bob Innes | | |
| 5. | Defendant's Resume | Bob Innes | | |
| 6. | Defendant's Photo | Bob Innes | | |
| 7. | Defendant's TN Driver License | Bob Innes | | |
| 8. | February 20, 2023, Reply to Website with Follow-Up | Bob Innes | | |
| 9. | February 20, 2023, Website's 2nd Reply to Inquiry | Bob Innes | | |
| 10. | March 13, 2023, Defendant's Follow-Up Email and Website's Response | Bob Innes | | |
| 11. | March 16, 2023, Defendant's Reply | Bob Innes | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 12. | Full Phone Cellebrite Extraction (for ID only) | Rexing | | |
| 13. | Extraction Report: Video of Shooting | Rexing | | |
| 14. | Attachment #1 – Video of Defendant Shooting at a Firing Range | Rexing | | |
| 15. | Extraction Report: Texts between Garcia and Heather about Reaper Tattoo | Rexing | | |
| 16. | Attachment #1 – Photo of Defendant with Wrapped Tattoo | Rexing | | |
| 17. | Extraction Report: Images with Various Dates in 2022 | Rexing | | |
| 18. | Attachment #1 – Photo of Defendant in Uniform and Mask, Angle #1 | Rexing | | |
| 19. | Attachment #2 – Photo of Defendant in Uniform and Mask, Angle #2 | Rexing | | |
| 20. | Attachment #3 – Photo of Defendant in Uniform and Mask in Bathroom | Rexing | | |
| 21. | Attachment #4 – Closeup Photo of Defendant in Uniform and Mask in Bathroom | Rexing | | |
| 22. | Attachment #5 – Photo of Defendant's Laptop (blank screen) | Rexing | | |
| 23. | Attachment #6 – Photo of Defendant's Laptop (Acer loading screen) | Rexing | | |
| 24. | Attachment #7 – Photo of Defendant in Uniform with Helmet in Bathroom (smiling with teeth) | Rexing | | |
| 25. | Attachment #8 – Photo of Defendant in Uniform with Helmet in Bathroom (smiling without teeth) | Rexing | | |
| 26. | Attachment #9 – Illustrative Photo of Reaper Music x MiloTheDoggo | Rexing | | |
| 27. | Attachment #10 – Photo of Defendant's Account (JA1018) | Rexing | | |
| 28. | Attachment #11 – Illustrative Photo of Reaper | Rexing | | |
| 29. | Attachment #12 – Illustrative Photo of Reaper and Ripped American Flag | Rexing | | |

2

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 30. | Attachment #13 – Illustrative Photo of Reaper and American Flag | Rexing | | |
| 31. | Attachment #14 – Illustrative Photo of Reaper "Goodnight Carnage" | Rexing | | |
| 32. | Attachment #15 – Screenshot of Note "2 Types of 'fuels' of a soldier and their traits" | Rexing | | |
| 33. | Attachment #16 – Photo of Defendant in Uniform with Others in Background | Rexing | | |
| 34. | Attachment #17 – Closeup Photo of Defendant in Uniform with Others in Background | Rexing | | |
| 35. | Attachment #18 – Illustrative Photo of Reaper "Defensor Fortis" | Rexing | | |
| 36. | Attachment #19 – Illustrative Photo of Reaper "God Will Judge Our Enemies" | Rexing | | |
| 37. | Attachment #20 – Photo of Defendant's Reaper Tattoo | Rexing | | |
| 38. | Attachment #21 – Photo of Defendant's Reaper Tattoo in Blue Shirt in Bathroom | Rexing | | |
| 39. | Attachment #22 – Closeup Photo of Defendant's Reaper Tattoo in Uniform | Rexing | | |
| 40. | Attachment #23 – Photo of Defendant's Reaper Tattoo in Uniform, Angle #1 | Rexing | | |
| 41. | Attachment #24 – Photo of Defendant's Reaper Tattoo in Uniform, Angle #2 | Rexing | | |
| 42. | Attachment #25 – Photo of Crosman Full Auto Rifle in Box on Shelves | Rexing | | |
| 43. | Extraction Report: Screenshot Images Dated February 15, 2023 | Rexing | | |
| 44. | Attachment #1 – Silent Professionals Google Search | Rexing | | |
| 45. | Attachment #2 – GS-06 Police Officer Technician Process Email | Rexing | | |
| 46. | Extraction Report: Screenshot Images Dated February 16, 2023 | Rexing | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 47. | Attachment #1 – Screenshot of Rentahitman.com Loading Page | Rexing | | |
| 48. | Attachment #2 – Screenshot of Rentahitman.com "No Longer Affiliated" Statement | Rexing | | |
| 49. | Extraction Report: Images Dated February 17, 2023 | Rexing | | |
| 50. | Attachment #1 Closeup Photo of Cabela's AR Scope for $199.99 | Rexing | | |
| 51. | Attachment #2 – Photo of Cabela's AR Scope for $199.99 | Rexing | | |
| 52. | Attachment #3 – Photo of Rentahitman.com "Thank You" Page | Rexing | | |
| 53. | Attachment #4 – Photo of M4 Firearm with Scope (sideways photo) | Rexing | | |
| 54. | Attachment #5 – Photo of M4 Firearm with Scope (vertical photo) | Rexing | | |
| 55. | Attachment #6 – Photo of M4 Firearm "Just brought this beauty home this morning" | Rexing | | |
| 56. | Attachment #7 – Screenshot of Bass Pro Shops Black Rain Ordnance Bro SPEC-15 A2 5.56 Carbine | Rexing | | |
| 57. | Attachment #8 – Screenshot of Bass Pro Shops Colt Law Enforcement M4 Carbine Semi-Auto Rifle | Rexing | | |
| 58. | Attachment #9 – Screenshot of Bass Pro Shops Live Chat | Rexing | | |
| 59. | Extraction Report: Screenshot Images Dated February 22, 2023 | Rexing | | |
| 60. | Attachment #1 – Indeed Job Search (Office Catering Delivery Driver) | Rexing | | |
| 61. | Attachment #2 - Indeed Job Search (3rd Shift Security Officer/Doorman) | Rexing | | |
| 62. | Extraction Report: Screenshot Images Dated February 23, 2023 | Rexing | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 63. | Attachment #1 – Screenshot of Indeed.com Security Careers "Qualification/Requirements" | Rexing | | |
| 64. | Attachment #2 – Screenshot of Indeed.com Security Careers "Do any of these statements apply to you?" | Rexing | | |
| 65. | Attachment #3 – Screenshot of Indeed.com Armed Security Shift Supervisor Application Received | Rexing | | |
| 66. | Attachment #4 – Screenshot of Indeed.com Job Type/Requirements | Rexing | | |
| 67. | Attachment #5 – Screenshot of Indeed.com Application Submitted Screen | Rexing | | |
| 68. | Attachment #6 – Screenshot of Defendant's Facebook Bio "God First. Just here to have a good time. Certified Hitman. Living Life to the Fullest" | Rexing | | |
| 69. | Attachment #7 – Screenshot of Samsung Note "Never Perform in your own state" | Rexing | | |
| 70. | Extraction Report: Screenshot Image Dated March 15, 2023– Vanderbilt Job Description | Rexing | | |
| 71. | Attachment #1 – Vanderbilt Job Description for Care Partner Trainee | Rexing | | |
| 72. | Extraction Report: Images Dated March 26, 2023 | Rexing | | |
| 73. | Attachment #1 – Silent Professionals Job Description (Northern Idaho) | Rexing | | |
| 74. | Attachment #2 – Silent Professionals Job Posting (Northern Idaho) | Rexing | | |
| 75. | Attachment #3 – Silent Professionals Job Posting (Annapolis, MD) | Rexing | | |
| 76. | Attachment #4 – Closeup of Silent Professionals Job Description (Annapolis, MD) | Rexing | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 77. | Attachment #5 –Silent Professionals Job Description (Annapolis, MD) | Rexing | | |
| 78. | Attachment #6 - Silent Professionals Job Description (Pensacola, FL) taken from Computer | Rexing | | |
| 79. | Attachment #7 – Silent Professionals Job Description (Pensacola, FL) taken from cell phone | Rexing | | |
| 80. | Extraction Report: Screenshot Dated April 7, 2023 | Rexing | | |
| 81. | Attachment #1 – Screenshot of Google Search "what is the max effect …" | Rexing | | |
| 82. | Extraction Report: Screenshot Images Dated April 8, 2023 | Rexing | | |
| 83. | Attachment #1 – Screenshot of Google Search "What is the story of Azrael the angel?" dropdown | Rexing | | |
| 84. | Attachment #2 – Screenshot of Google Search "Who did Azrael love" dropdown | Rexing | | |
| 85. | Attachment #3 – Screenshot of Wikipedia Page "Azreal" | Rexing | | |
| 86. | Extraction Report: Screenshot Messages with Ray from April 9, 2023 | Rexing | | |
| 87. | Attachment #1 – Text Message between Ray and Garcia (Job Availability) | Rexing | | |
| 88. | Extraction Report: Notes | Rexing | | |
| 89. | Attachment #7 – Defendant holding a firearm in front of trees | Rexing | | |
| 90. | Attachment #10 – Memorandum on Statement of Service Letter Regarding the Defendant | Rexing | | |
| 91. | Extraction Report: Emails with Rentahitman.com | Rexing | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 92. | Email #7 Mes- 7.eml (incoming): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – Original Inquiry, Dated February 17-18, 2023 | Rexing | | |
| 93. | Email #6 Mes 6.eml (outgoing): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – Defendant Sending in Requested Documents, Dated February 19, 2023 | Rexing | | |
| 94. | Attachment #1 – Picture of Defendant in White Shirt and Sunglasses | Rexing | | |
| 95. | Attachment #2 – Defendant's TN Driver's License | Rexing | | |
| 96. | Attachment #3 – Defendant's Resume | Rexing | | |
| 97. | Email #5 Mes 5.eml (incoming): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – Website's First Response to Defendant about their Inquiry, Dated February 21, 2023 | Rexing | | |
| 98. | Email #4 Mes 4.eml (outgoing): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – Defendant's Follow Up Email, Dated February 23, 2023 | Rexing | | |
| 99. | Email #3 Mes 3.eml (outgoing): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – Defendant's 2nd Follow Up Email, Dated March 13, 2023 | Rexing | | |
| 100. | Email #2 Mes 2.eml (incoming): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – Website's 2nd Response to Defendant about a coordinator reaching out, Dated March 16, 2023 | Rexing | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 101. | Email #1 Mes 1.eml (outgoing): Re: Rent-A-Hitman Service Request (HIPPA Compliant) – Josiah Garcia – "Understood. Thank you sir," Dated March 16, 2023 | Rexing | | |
| 102. | Extraction Report: Screenshot of Garcia's Resume, Dated February 19, 2023 | Rexing | | |
| 103. | Attachment #1 – Defendant's Resume | Rexing | | |
| 104. | Extraction Report: Credit Card on File | Rexing | | |
| 105. | Extraction Report: Messages between Garcia and Shay Regarding "Reaper" | Rexing | | |
| 106. | Extraction Report: Messages with Ray in Conversation Format | Rexing | | |
| 107. | Extraction Report: Messages with Ray in chart format | Rexing | | |
| 108. | Extraction Report: Messages with Unknown Person about Shooting | Rexing | | |
| 109. | Extraction Report: Ray M. Contact | Rexing | | |
| 110. | Extraction Report: Shopify Appointo (Mr. J's Contract Bounty Hunting) | Rexing | | |
| 111. | Extraction Report: Web History | Rexing | | |
| 112. | Web History – Screenshot of Wikipedia page on "Azreal" | Hunter | | |
| 113. | Web History – Screenshot of Wikipedia page on "Death (personification)" | Hunter | | |
| 114. | Web History – Screenshot of Biblegateway.com | Hunter | | |
| 115. | Web History – Screenshot of Silent Professionals Job Title (New York City) | Hunter | | |
| 116. | Web History – Screenshot of Silent Professionals (Main Page) | Hunter | | |
| 117. | Web History – Screenshot of Silent Professionals Job Title (Pensacola, FL) | Hunter | | |
| 118. | Web History – Screenshot of Silent Professionals Job Title (Annapolis, MD) | Hunter | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 119. | Web History – Screenshot of Shopify (Mr. J's Bounty Hunter) | Hunter | | |
| 120. | Web History – Screenshot of Silent Professionals (Login Dashboard) | Hunter | | |
| 121. | Web History – Screenshot of Bass Pro Shop (Black Rain Ordnance Bro SPEC – 15 A2 5.56 Carbine) | Hunter | | |
| 122. | Web History – Screenshot of Bass Pro Shop (AR 556 Search Result Page) | Hunter | | |
| 123. | Web History – Screenshot of Bass Pro Shop (Shop All Guns Page) | Hunter | | |
| 124. | Web History – Screenshot of Bass Pro Shop (Shooting Supplies Page) | Hunter | | |
| 125. | Web History – Screenshot of Bass Pro Shop (Nashville Store Locations) | Hunter | | |
| 126. | Web History – Screenshot of Bass Pro Shop (Colt Law Enforcement M4 Carbine Semi-Auto Rifle) | Hunter | | |
| 127. | Web History – Screenshot of Bass Pro Shop (Rugar AR-556 Semi-Auto Rifle) | Hunter | | |
| 128. | Web History – Screenshot of Bass Pro Shop (AR 556 Search Results Page #2 | Hunter | | |
| 129. | Web History – Screenshot of Bass Pro Shop (Smith & Wesson M&P15 Sport II Semi-Auto Rifle) | Hunter | | |
| 130. | Web History – Screenshot of Bass Pro Shop (Centerfire Rifles Search Results Page) | Hunter | | |
| 131. | Web History – Screenshot of Bass Pro Shop (Main Page) | Hunter | | |
| 132. | Web History – Screenshot of Silent Professionals (Job Search Results Page) | Hunter | | |
| 133. | Web History – Screenshot of Silent Professionals Job Title (Ukraine) | Hunter | | |
| 134. | Web History – Screenshot of Silent Professionals (Job Search Results Second Page) | Hunter | | |

9

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 135. | Web History – Screenshot of Silent Professionals Job Title (Atlanta, GA) | Hunter | | |
| 136. | Web History – Screenshot of Rent-a-Hitman.com (Main Page) | Hunter | | |
| 137. | Web History – Screenshot of Rent-a-Hitman.com (Careers Page) | Hunter | | |
| 138. | Extraction Report: Web Search History | Rexing | | |
| 139. | Full Laptop Extraction Report *(for ID Only)* | Rexing | | |
| 140. | Extraction Report: Image Named Reaper | Rexing | | |
| 141. | Attachment #1 – Photo of Defendant in Uniform with Beret | Rexing | | |
| 142. | Extraction Report: Emails with Rentahitman (detailed) | Rexing | | |
| 143. | Extraction Report: Extraction Report: Emails with Rentahitman (overview) | Rexing | | |
| 144. | Record #4, Attachment #1 – Photo of Defendant's TN Driver's License | Rexing | | |
| 145. | Record #4, Attachment #2 – Photo of Defendant, with Sunglasses, in Vehicle | Rexing | | |
| 146. | Record #4, Attachment #3 – Photo of Defendant's Resume | Rexing | | |
| 147. | Extraction Report: Bookmarks | Rexing | | |
| 148. | Bookmark #1 - Screenshot of https://hireakiller.io/about-us/ | Hunter | | |
| 149. | Bookmark #2 – Screenshot of Quora.com question "How could I become a hitman (I'm 17)? | Hunter | | |
| 150. | Bookmark #3 – Screenshot of Silent Professionals Job – NYC | Hunter | | |
| 151. | Bookmark #4 – Screenshot of Wikipedia Search ("Death – personification") | Hunter | | |
| 152. | Extraction Report: Web History - Death | Rexing | | |
| 153. | Web History - Screenshot of Wikipedia Search ("Death – personification") | Hunter | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 154. | Web History – Screenshot of Yahoo.com Search Results ("is the grim reaper the angel of death?") | Hunter | | |
| 155. | Web History – Screenshot of srchinfa.com | Hunter | | |
| 156. | Web History – Screenshot of Christianity.com Article on Angels and Demons | Hunter | | |
| 157. | Web History – Screenshot of Joincake.com Article on Azreal, the Angel of Death, Explained | Hunter | | |
| 158. | Extraction Report: Web History – Grimm Reaper | Rexing | | |
| 159. | Web History – Screenshot of Grim Reaper AnimSet on AssetStore.unity.com | Hunter | | |
| 160. | Web History – Screenshot of Yahoo.com Search Results for "The Grimm Reaper" | Hunter | | |
| 161. | Web History – Screenshot of Yahoo.com Search Results for "The Grim Reaper" | Hunter | | |
| 162. | Web History – Screenshot of Mythology.net Article on Grim Reaper | Hunter | | |
| 163. | Web History – Screenshot of Yahoo.com Search Results for "is the grim reaper the angel of death?" | Hunter | | |
| 164. | Extraction Report: Web History - Quora | Rexing | | |
| 165. | Web History – Screenshot of Quora.com's Question "How could I become a hitman (I'm 17)?" | Hunter | | |
| 166. | Extraction Report: Web History - Reddit | Rexing | | |
| 167. | Web History – Screenshot of Reddit.com's Question "How do people make contracts containing more than 5 targets?" | Hunter | | |
| 168. | Extraction Report: Web Visits | Rexing | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 169. | Web Visit – Screenshot of Basspro.com's Black Rain Ordnace BRO SPEC-15 A2 5.56 Carbine | Hunter | | |
| 170. | Extraction Report: Report Edge Chromium Keyword search terms - Reaper | Rexing | | |
| 171. | Extraction Report: Report Edge Chromium Keyword Search Terms Bounty Hunter Contracts | Rexing | | |
| 172. | Extraction Report: Report Edge Chromium Keyword Search Terms hitman | Rexing | | |
| 173. | Extraction Report: Report Edge Chromium Web History - hitman | Rexing | | |
| 174. | Extraction Report: Report Edge Chromium Web Visits hitman | Rexing | | |
| 175. | Extraction Report: Report Emails - Job hunting | Rexing | | |
| 176. | Extraction Report: Report Emails - March 2023 VUMC | Rexing | | |
| 177. | Extraction Report: Report of Edge Chromium Web Visits - Assassinations | Rexing | | |
| 178. | Extraction Report: Report of Edge Chromium Web Visits - Bounty Hunter | Rexing | | |
| 179. | Extraction Report: Report of Edge Chromium Web Visits - mercenary jobs | Rexing | | |
| 180. | Extraction Report: Edge Chromium Web History – Rocket Lawyer ("Free Independent Contractor Agreement") | Rexing | | |
| 181. | Cell Phone *(Physical)* | Hunter | | |
| 182. | Laptop *(Physical)* | Hunter | | |
| 183. | Screenshot of Samsung Note "The Only Reason I'd do it now …" | Hunter | | |
| 184. | Screenshot of Samsung Note "The angle of death takes on any form …" | Hunter | | |
| 185. | Screenshot of Samsung Note "There are two sides of me at war right now …" | Hunter | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 186. | Screenshot of Samsung Note "Forged through the fire and the flame …" | Hunter | | |
| 187. | Screenshot of Samsung Note "Never Perform in your own state …" | Hunter | | |
| 188. | M4 Firearm *(Physical)* | Hunter | | |
| 189. | M4 Firearm Trace Report | Hunter | | |
| 190. | Screenshot of Defendant's Public Facebook About Page | Hunter | | |
| 191. | Screenshot of Defendant's Public Facebook Page: Screenshot of Defendant with Gun, Dated August 28, 2021 | Hunter | | |
| 192. | Screenshot of Defendant's Facebook Page: Photo of Defendant in Camo Uniform, Dated November 6, 2022 | Hunter | | |
| 193. | Screenshot of Defendant's Public Facebook Page: Photo of Defendant in Camo Uniform with Helmet, Dated November 6, 2022 | Hunter | | |
| 194. | Screenshot of Screenshot of Defendant's Public Facebook Page: Illustration of Grim Reaper with Sniper Rifle Dated December 28, 2022 | Hunter | | |
| 195. | Screenshot of Defendant's Public Facebook Page: Photo of Defendant in Camo Uniform and Mask, Dated December 28, 2022 | Hunter | | |
| 196. | Screenshot of Defendant's Public Facebook Page: Photo of Defendant in Uniform, Dated January 9, 2023 | Hunter | | |
| 197. | Screenshot of Defendant's Public Facebook Page: Photo of Rifle, Dated February 20, 2023 | Hunter | | |
| 198. | Meta Platform, Inc. Business Record | Hunter | | |
| 199. | Facebook Subpoena Response (for ID Only) | Hunter | | |
| 200. | Facebook Account Screenshot from Business Records – Account Information | Hunter | | |

13

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 201. | Facebook Account Screenshot from Business Records – Photo of Defendant in White Shirt and Sunglasses on, Dated February 12, 2020 (Page 5295) | Hunter | | |
| 202. | Facebook Account Screenshot from Business Records – Photo Defendant holding a firearm in front of trees, Dated June 8, 2020 (Page 5291) | Hunter | | |
| 203. | Facebook Account Screenshot from Business Records – Photo Defendant holding a firearm in front of trees, Dated August 28, 2021 (Page 5272) | Hunter | | |
| 204. | Facebook Account Screenshot from Business Records – Photo of Defendant in Uniform with Helmet in Bathroom (smiling without teeth), Dated October 8, 2022 (Page 5263) | Hunter | | |
| 205. | Facebook Account Screenshot from Business Records – Photo of Defendant in Uniform with Others in Background, Dated November 6, 2022 (Page 5261) | Hunter | | |
| 206. | Facebook Account Screenshot from Business Records –Defendant's Photo of Grim Reaper with Sniper Rifle Dated December 28, 2022 | Hunter | | |
| 207. | Facebook Account Screenshot from Business Records – Photo of Defendant in Uniform, Dated December 29, 2022 (Page 5260) | Hunter | | |
| 208. | Facebook Account Screenshot from Business Records – Photo of Defendant in Blue Uniform, Dated January 10, 2023 (Page 5256) | Hunter | | |
| 209. | Facebook Account Screenshot from Business Records – Image of M4 Firearm with Scope, Dated February 20, 2023 (Page 5182) | Hunter | | |
| 210. | T-Mobile US, Inc. Business Record | Hunter | | |
| 211. | Comcast Communications, Inc. Business Record | Hunter | | |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 212. | Vanderbilt Business Record | Hunter | | |
| 213. | Shoppify Business Record | Hunter | | |
| 214. | Defendant's Phone Contact Info – Screenshot from UC's phone | UC | | |
| 215. | Text Messages between Defendant and Ray – Initial Contact, Dated April 5, 2023 | UC | | |
| 216. | Text Messages between Defendant and Ray – First Meet Up, Dated April 6, 2023 | UC | | |
| 217. | Text Messages between Defendant and Ray – Job Opportunity, Dated April 9-12, 2023 | UC | | |
| 218. | April 5, 2023, Call to Defendant (audio) | UC | | |
| 219. | April 5, 2023, Call to Defendant *Transcript* | UC | | |
| 220. | April 5, 2023, Call to Defendant Clip #1 | UC | | |
| 221. | April 5, 2023, Call to Defendant Clip #1 *Transcript* | UC | | |
| 222. | April 5, 2023, Call to Defendant Clip #2 | UC | | |
| 223. | April 5, 2023, Call to Defendant Clip #2 *Transcript* | | | |
| 224. | April 5, 2023, Call to Defendant Clip #3 | UC | | |
| 225. | April 5, 2023, Call to Defendant Clip #3 *Transcript* | | | |
| 226. | April 5, 2023, Call to Defendant Clip #4 | UC | | |
| 227. | April 5, 2023, Call to Defendant Clip #4 *Transcript* | | | |
| 228. | April 5, 2023, Call to Defendant Clip #5 | UC | | |
| 229. | April 5, 2023, Call to Defendant Clip #5 *Transcript* | | | |
| 230. | April 5, 2023, Call to Defendant Clip #6 | UC | | |
| 231. | April 5, 2023, Call to Defendant Clip #6 *Transcript* | | | |
| 232. | April 5, 2023, Call to Defendant Clip #7 | UC | | |

15

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 233. | April 5, 2023, Call to Defendant Clip #7 *Transcript* | | | |
| 234. | April 5, 2023, Call to Defendant Clip #8 | UC | | |
| 235. | April 5, 2023, Call to Defendant Clip #8 *Transcript* | | | |
| 236. | April 5, 2023, Call to Defendant Clip #9 | UC | | |
| 237. | April 5, 2023, Call to Defendant Clip #9 *Transcript* | | | |
| 238. | April 5, 2023, Call to Defendant Clip #10 | UC | | |
| 239. | April 5, 2023, Call to Defendant Clip #10 *Transcript* | | | |
| 240. | April 6, 2023, Meeting, #1 (Full Video) | UC | | |
| 241. | April 6, 2023, Meeting, #1 *Transcript* | | | |
| 242. | April 6, 2023, Meeting, #2 (Full Video) | UC | | |
| 243. | April 6, 2023, Meeting, #2 *Transcript* | | | |
| 244. | April 6, 2023, Meeting Clip #1 | UC | | |
| 245. | April 6, 2023, Meeting Clip #1 *Transcript* | | | |
| 246. | April 6, 2023, Meeting Clip #2 | UC | | |
| 247. | April 6, 2023, Meeting Clip #2 *Transcript* | | | |
| 248. | April 6, 2023, Meeting Clip #3 | UC | | |
| 249. | April 6, 2023, Meeting Clip #3 *Transcript* | | | |
| 250. | April 6, 2023, Meeting Clip #4 | UC | | |
| 251. | April 6, 2023, Meeting Clip #4 *Transcript* | | | |
| 252. | April 6, 2023, Meeting Clip #5 | UC | | |
| 253. | April 6, 2023, Meeting Clip #5 *Transcript* | | | |
| 254. | April 6, 2023, Meeting Clip #6 | UC | | |
| 255. | April 6, 2023, Meeting Clip #6 *Transcript* | | | |
| 256. | April 6, 2023, Meeting Clip #7 | UC | | |

|      | Exhibit Description | Witness | Introduced | Admitted |
|------|---------------------|---------|------------|----------|
| 257. | April 6, 2023, Meeting Clip #7 *Transcript* |  |  |  |
| 258. | April 6, 2023, Meeting Clip #8 | UC |  |  |
| 259. | April 6, 2023, Meeting Clip #8 *Transcript* |  |  |  |
| 260. | April 6, 2023, Meeting Clip #9 | UC |  |  |
| 261. | April 6, 2023, Meeting Clip #9 *Transcript* |  |  |  |
| 262. | April 6, 2023, Meeting Clip #10 | UC |  |  |
| 263. | April 6, 2023, Meeting Clip #10 *Transcript* |  |  |  |
| 264. | April 6, 2023, Meeting Clip #11 | UC |  |  |
| 265. | April 6, 2023, Meeting Clip #11 *Transcript* |  |  |  |
| 266. | April 6, 2023, Meeting Clip #12 | UC |  |  |
| 267. | April 6, 2023, Meeting Clip #12 *Transcript* |  |  |  |
| 268. | April 6, 2023, Meeting Clip #13 | UC |  |  |
| 269. | April 6, 2023, Meeting Clip #13 *Transcript* |  |  |  |
| 270. | April 6, 2023, Meeting Clip #14 | UC |  |  |
| 271. | April 6, 2023, Meeting Clip #14 *Transcript* |  |  |  |
| 272. | April 6, 2023, Meeting Clip #15 | UC |  |  |
| 273. | April 6, 2023, Meeting Clip #15 *Transcript* |  |  |  |
| 274. | April 6, 2023, Meeting Clip #16 | UC |  |  |
| 275. | April 6, 2023, Meeting Clip #16 *Transcript* |  |  |  |
| 276. | April 6, 2023, Meeting Clip #17 | UC |  |  |
| 277. | April 6, 2023, Meeting Clip #17 *Transcript* |  |  |  |
| 278. | April 6, 2023, Meeting Clip #18 | UC |  |  |
| 279. | April 6, 2023, Meeting Clip #18 *Transcript* |  |  |  |

| | Exhibit Description | Witness | Introduced | Admitted |
|---|---|---|---|---|
| 280. | Photo of Defendant's Tattoo | UC | | |
| 281. | April 12, 2023, Meeting (Full Video) | UC | | |
| 282. | April 12, 2023, Meeting *Transcript* | | | |
| 283. | April 12, 2023, Meeting Clip #1 | UC | | |
| 284. | April 12, 2023, Meeting Clip #1 *Transcript* | | | |
| 285. | April 12, 2023, Meeting Clip #2 | UC | | |
| 286. | April 12, 2023, Meeting Clip #2 *Transcript* | | | |
| 287. | April 12, 2023, Meeting Clip #3 | UC | | |
| 288. | April 12, 2023, Meeting Clip #3 *Transcript* | | | |
| 289. | April 12, 2023, Meeting Clip #4 | UC | | |
| 290. | April 12, 2023, Meeting Clip #4 *Transcript* | | | |
| 291. | April 12, 2023, Meeting Clip #5 | UC | | |
| 292. | April 12, 2023, Meeting Clip #5 *Transcript* | | | |
| 293. | Photo of Defendant Meeting with UC on April 12, 2023 | UC | | |
| 294. | Target Package | UC | | |
| 295. | Defendant's Gun Training Documentation – USAF Ground Weapons Training Data | Lamontagne | | |

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

/s/ Brooke K. Schiferle
Brooke K. Schiferle
Thomas Jaworski
Assistant United States Attorneys

18

719 Church St, Suite 3300
Nashville, Tennessee 37203
Telephone: 615/736-5151

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing will be served on defense counsel for all defendants via email through the Court's electronic filing system.

On this, the 10th day of June, 2024

/s/ Brooke K. Schiferle
Brooke K. Schiferle
Thomas Jaworski